IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 JAN -2 PM 4:01

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| JULIE L. ROHRBACHER, | |
| Plaintiff, | |
| vs. | Case No. 18-CV-214-SWS |
| TETON THERAPY, P.C., | |
| Defendant. | |

### ORDER DISMISSING WITH PREJUDICE

Pursuant to the *Stipulated Motion to Dismiss with Prejudice* (ECF No. 41) signed by counsel for each party, and in conformity with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby **dismissed with prejudice**, with each party responsible for its own costs and attorney fees.

Dated this 2nd day of January, 2020.

Scott W. Skavdahl
United States District Judge